CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 09 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL S. OWLFEATHER-GORBEY, | ) | CASE NO. 7:17CV00152 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| JUDGE JACKSON L. KISER, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that plaintiff's motion seeking reconsideration, recusal, and consolidation (ECF No. 6) is **DENIED**.

ENTER: This 9th day of May, 2017.

/s/ Glen E. Conrad
Chief United States District Judge